IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| and | ) ) | |
| ESTELA BLACK, | ) ) | |
| Intervening Plaintiff, | ) ) | No. 1:17-cv-00031 |
| v. | ) ) | Chief Judge Varlan |
| HP PELZER AUTOMOTIVE SYSTEMS, INC. | ) ) | Magistrate Judge Steger |
| Defendant. | ) ) | |

**PLAINTIFF'S AND INTERVENING PLAINTIFF'S RESPONSE TO DEFENDANT'S DESIGNATIONS OF REDACTIONS FOR VIDEO DEPOSITION OF ERIC WEISS**

Plaintiffs submit this response to the Defendant's designation of redactions to the video deposition of Eric Weiss. [D.E. 179]. Plaintiffs agree with Defendant's proposed redactions, but would also redact the following additional portions:

Pages 60:18-25, 61:1-3, 91:1-3

Defendant has represented that it will offer the entire Weiss deposition, minus the redactions listed on D.E. 179. Plaintiffs do not oppose that testimony being presented to the jury.

Respectfully submitted,

| | |
|---|---|
| GWENDOLYN YOUNG REAMS<br>Associate General Counsel | s/ *Joseph H. Crabtree, Jr.* (with permission)<br>JOSEPH H. CRABTREE, JR.<br>TN Bar No. 11451 |
| FAYE A. WILLIAMS<br>Regional Attorney<br>TN Bar No. 11730 | **CRABTREE LAW FIRM, PLLC**<br>100 W. Madison Ave.<br>Athens, TN 37303<br>(423) 744-3939 |
| TIMOTHY M. BOWNE<br>Acting Supervisory Trial Attorney<br>TX Bar No. 00793371 | *Attorney for Estela Black* |

ROSLYN GRIFFIN
Trial Attorney
MS Bar No. 103317

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
1407 Union Ave., Suite 900
Memphis, TN 38104
(901) 544-0099

s/ Mark Chen
MARK CHEN
Trial Attorney
TN Bar No. 14268

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
220 Athens Way, Suite 350
Nashville, TN 37228
(615) 736-5784

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I certify that on March 7, 2019, a copy of the foregoing document was served by electronic mail on the following counsel of record:

>ROBERT M. VERCRUYSSE
>ANNE-MARIE V. WELCH
>**CLARK HILL, PLC**
>500 Woodward, Suite 3500
>Detroit, MI 48226
>*Counsel for HP Pelzer Automotive Systems, Inc.*

>>s/ Mark Chen
>>Mark Chen